**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.:  1:24-cv-21990**

ADAM ARASTEH,

    Plaintiff,

vs.

LUXURBAN HOTELS INC., and
TOWNHOUSE HOTEL, LLC,

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TOWNHOUSE HOTEL, LLC**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant Townhouse Hotel, LLC, <u>only</u>.

Dated:  June 3, 2024                                  Respectfully submitted,

                                                                     s/Jonathan S. Minick
                                                                     Jonathan S. Minick, Esq.
                                                                       FBN:  88743
                                                                       E-mail:  jminick@jsmlawpa.com
                                                                       Jonathan S. Minick, P.A.
                                                                       169 E. Flagler Street
                                                                       Suite 1600
                                                                       Miami, Florida 33131
                                                                       Phone:  (786) 441-8909
                                                                       Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2024 electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## SERVICE LIST

Defendants have yet to enter an appearance in this matter.